**John PRAPOTNIK, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 70365.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 25, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 31, 1997.

Dave Hemingway, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

**Michael K. PUTNAM, Plaintiff/Appellant,**

v.

**David T. DUNCAN, M.D., et al.,
Defendants/Respondents.**

No. 70074.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 25, 1997.

Rehearing Denied March 31, 1997.

Michael J. McDonnell, St. Louis, for plaintiff/appellant.

Theodore G. Pashos, St. Louis, for defendants/respondents.

Before RHODES RUSSELL, P.J., and PUDLOWSKI and SIMON, JJ.

*ORDER*

PER CURIAM.

Michael K. Putnam appeals from a jury verdict in favor of defendant, David T. Duncan, M.D., in a medical malpractice action involving the death of his wife, Karen Putnam. We affirm.

An extended opinion would serve no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).